UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LIVE PRIMARY, LLC,
                Debtor.

PRIMARY MEMBER, LLC

                Appellant,

-against-

LIVE PRIMARY LLC,

                Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2021_

21 Civ. 2697 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 16, 2021, the Appellant withdrew the appeal in this matter. ECF No. 10. Accordingly, the Clerk of Court is directed to terminate all pending motions, vacate any conferences, and close this case.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                        ANALISA TORRES
                               United States District Judge